**Laura CLEMONS, Plaintiff–Appellant,**

v.

**ALABAMA DEPARTMENT OF HU-MAN RESOURCES, William Fuller, Former Commissioner, in his official and individual capacity, Commissioner Page Walley, in his official capacity, Defendants–Appellees.**

No. 07–11973

Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 15, 2008.

Lee David Winston, Winston Cooks LLC, Birmingham, AL, for Plaintiff–Appellant.

Daniel J. Burnick, David R. Mellon, Sirote & Permutt PC, Birmingham, AL, Sharon E. Ficquette, Dept. of Human Resources, Montgomery, AL, for Defendants–Appellees.

Before BLACK, CARNES and COX, Circuit Judges.

PER CURIAM:

Laura Clemons appeals the district court's grant of summary judgment in favor of Appellees on her Title VII retaliation and race discrimination claims. After carefully reviewing the record and the parties' briefs and having heard oral argument, we discern no reversible error.

As to her retaliation claim, Clemons failed to establish a causal connection between her protected activity under Title VII and any alleged adverse employment action. Thus, the district court did not err in determining Clemons failed to make out a prima facie case of retaliation. Similarly, the district court did not err in concluding Clemons failed to establish a prima facie case of race discrimination.

AFFIRMED.